lant, v. Oscawana Development Co., Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Edwin Epstein, Appellant, v. The Mutual Life Insurance Company of New York, Respondent.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ. [143 Misc. 587.]

Mary Cunningham, an Infant, by Edward Cunningham, Her Guardian ad Litem, and Edward Cunningham, Respondents, v. Monarch Trans. Co., Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Edward Cunningham, as Administrator, etc., of Theresa Cunningham, Deceased, Respondent, v. Monarch Trans. Co., Inc., Appellant.—Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

The People of the State of New York, Respondent, v. Orazio Procito, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Margherita Capozzi, Respondent, v. Cesare Capozzi, Appellant.— Judgment modified by reducing amount of alimony to be paid to plaintiff for her support and maintenance, and for the support, maintenance and education of the issue of the marriage, to the sum of thirty dollars per week, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Claim of Baker, Voorhis & Co., Respondent, for Goods Sold and Delivered to The Bank of United States. In re: Liquidation of The Bank of United States. Joseph A. Broderick, Superintendent of Banks of the State of New York, Appellant.— Order reversed, without costs, and motion granted in so far as to direct that the claim be deemed to have been duly presented, and the Superintendent of Banks is directed to file the same with his acceptance or rejection noted thereon. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Metropolitan Life Insurance Company v. 186 Riverside Drive Corporation, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of International Superpower Corporation and Others for the Appointment of Three Persons to Appraise the Value of Shares of the Participating Stock of Empire Power Corporation, etc.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Irving B. Chaikin, an Attorney. — Reference ordered. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of John C. Cunningham, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.